UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naor World Media Films, Inc.
Leone Living Trust,

                    Plaintiffs,

          -against-

JC Production
Samsara Prod,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/14/2022_____

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 29, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by November 28, 2022.  ECF No. 3.  On November 29, 2022, the Court granted Plaintiffs' request for an extension to December 13, 2022.  ECF No. 11.  Those submissions are now overdue.  Accordingly, by **December 21, 2022**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: December 14, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge