```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naor World Media Films, Inc.
Leone Living Trust,

                  Plaintiffs,

-against-

JC Production
Samsara Prod,

                  Defendants.

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 24, 2023, Plaintiffs obtained a certificate of default as to Defendant JC Production. ECF No. 20. On February 28, the Court directed Plaintiffs to file a proposed Order to Show Cause and proposed default judgment as to Defendant JC Production by March 7, 2023. ECF No. 21. Those submissions are now overdue. Accordingly, by **March 16, 2023**, Plaintiffs shall move for default judgment against JC Production in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: March 9, 2023
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge