```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
Naor World Media Films, Inc.
Leone Living Trust,

                Plaintiffs,

     -against-

JC Production
Samsara Prod,

               Defendants.

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 18, 2023, Plaintiffs filed a motion to dismiss Defendants' counterclaims and a motion to strike Defendants' affirmative defenses. ECF No. 28. Plaintiffs' motion is DENIED without prejudice to renewal. Plaintiffs must follow the directives set out in Rule III of the Court's Individual Practices in Civil Cases.

    The Clerk of Court is directed to terminate the motion at ECF No. 28.

    SO ORDERED.

Dated: May 22, 2023
       New York, New York

ANALISA TORRES
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/22/2023_