```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naor World Media Films, Inc.
Leone Living Trust,

                    Plaintiffs,

    -against-                                   22 Civ. 8267 (AT)

JC Production
Samsara Prod,                             **ORDER**

                    Defendants.

ANALISA TORRES, District Judge:

      On December 16, 2022, the Court directed the parties to file a joint letter and proposed case management plan by June 21, 2023. ECF No. 15. Those submissions are now overdue. Accordingly, by **June 29, 2023**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: June 22, 2023
       New York, New York

                                                            ANALISA TORRES
                                               United States District Judge