UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naor World Media Films, Inc.
Leone Living Trust,

                Plaintiffs,

    -against-

JC Production
Samsara Prod,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/10/2023
```

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' second proposed case management plan. ECF No. 40. The parties have not agreed to an informal exchange of information, *id.* ¶ 10(a), and have not proposed an alternative dispute resolution mechanism, *id.* ¶¶ 10(b)–(c). The parties are required to jointly propose an informal exchange of information and an alternative dispute resolution mechanism. Further, the parties have not explained any exceptional circumstances that would warrant extension of the Court's 30-day timeline for filing a motion to amend the pleadings or to join additional parties. *Id.* ¶ 3. Accordingly, by **July 17, 2023**, the parties shall file a revised proposed case management plan.

    SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge