UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAOR WORLD MEDIA FILMS, INC. AND
LEONE LIVING TRUST,

          Plaintiffs,

-against-

JC PRODUCTION AND SAMSARA PROD,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/20/2023__

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan dated July 17, 2023. ECF No. 42. The parties have requested more than thirty days to file any motion to amend or to join additional parties and more than 120 days for fact discovery, without providing any exceptional circumstances to justify these requests. *Id.* ¶¶ 3, 5. The parties are reminded that the Court shall not stay discovery pending its decision on any motion. *See id.* ¶ 5. Accordingly, by **July 27, 2023**, the parties shall file an amended proposed case management plan or a letter justifying their proposed discovery deadlines.

    SO ORDERED.

Dated: July 20, 2023
       New York, New York

                                  ANALISA TORRES
                               United States District Judge