UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAOR WORLD MEDIA FILMS, INC. AND
LEONE LIVING TRUST,

          Plaintiffs,

-against-

JC PRODUCTION AND SAMSARA PROD,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled in this case for December 12, 2023, is ADJOURNED to **February 27, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: November 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge