UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAOR WORLD MEDIA FILMS, INC. AND
LEONE LIVING TRUST,

Plaintiffs,

-against-

JC PRODUCTION AND SAMSARA PROD,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/21/2024

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled in this case for February 27, 2024, is ADJOURNED to **May 14, 2024**, at **10:00 a.m.**

SO ORDERED.

Dated: February 21, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge