```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NAOR WORLD MEDIA FILMS, INC. AND
LEONE LIVING TRUST,

                Plaintiffs,

-against-

JC PRODUCTION AND SAMSARA PROD,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/2024_

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendants' motion for reconsideration filed on April 2, 2024. ECF No. 58. Accordingly:

1. By **April 17, 2024**, Plaintiffs shall file their opposition papers; and
2. By **April 24, 2024**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: April 3, 2024
      New York, New York

                                      ANALISA TORRES
                                United States District Judge