UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Naor World Media Films, Inc. and Leone Living Trust,

            Plaintiffs,

-against-

JC Production and Samsara Prod,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/16/2024__

22 Civ. 8267 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 11, 2024, the Court scheduled a case management conference for September 24, 2024. ECF No. 67. The parties were required to file a joint status letter not later than one week in advance of the conference. ECF No. 45 ¶ 16. That submission is now overdue.

    Accordingly, the case management conference scheduled for September 24, 2024, is ADJOURNED *sine die*.

    Further, fact discovery closed on September 9, 2024. ECF No. 67. The parties are reminded that pre-motion letters for leave to file a motion for summary judgment were due within fourteen days of the close of fact discovery. ECF No. 45 ¶ 8. The Court has received no submissions. Accordingly, by **September 25, 2024**, the parties shall submit a joint letter to the Court, addressing the status of discovery and settlement negotiations.

    SO ORDERED.

Dated: September 16, 2024
       New York, New York

ANALISA TORRES
United States District Judge